UNITED STATES DISTRICT COURT
FOR THE
WESTERN DISTRICT OF TENNESSEE

◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆

**UNITED STATES OF AMERICA,**

)   CR. No. 1-05-10031

**v.**

)
)

**GREGORY T. KERRENT**

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

The United States Attorney's Office applies to the Court for a Writ to have GREGORY T. KERRENT, #362812 now being detained in the West Tennessee State Penitentiary, Henning, Tennessee, appear before the Honorable S.T. ANDERSON on (day) FRIDAY, (month) 04-17-05, at (time) 2:00 p.m. for Initial Appearance and for such other appearances as this Court may direct.

Respectfully submitted this 20th day of APRIL, 2005.

Jimmy L. Croom, #12040
Assistant U. S. Attorney

◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆◆

Upon consideration of the foregoing Application, David Jolley, U.S. Marshall, Western District of Tennessee, Memphis, TN Sheriff/Warden, Tennessee Department of Corrections, Henning, Tennessee.

YOU ARE HEREBY COMMANDED to have GREGORY T. KERRENT, #362812 appear before the Honorable S.T. ANDERSON at the date and time aforementioned.

ENTERED this 22nd day of April, 20___.

S. Thomas Anderson
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 4/26/05

3

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 3 in case 1:05-CR-10031 was distributed by fax, mail, or direct printing on April 26, 2005 to the parties listed.

Jimmy L. Croom
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT