IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
EASTERN DIVISION

FILED BY _____ D.C.

05 JUL -1 PM 4: 18

UNITED STATES OF AMERICA,

        Plaintiff,

ROBERT R. DI TROLIO
CLERK OF U.S. DIST. CT
W'D OF TN.-JACKSON

v.

        Cr. No. 05-10031-T/An

GREGORY T. KERRENT,

        Defendant.

---

## ORDER ON ARRAIGNMENT

---

This cause came to be heard on July 1, 2005. The Assistant United States Attorney appeared on behalf of the government, and the defendant appeared in person and with the following counsel, who is appointed:

NAME:        Dianne Smothers, Asst. Federal Defender
ADDRESS:

TELEPHONE:

The defendant, through counsel, waived formal arraignment and entered a plea of not guilty.

All motions shall be filed within thirty (30) days from the date hereof unless, for good cause shown to a District Judge, such period is extended.

The defendant, being held without bond pursuant to BRA of 1984, is remanded to the custody of the U.S. Marshal.

S. THOMAS ANDERSON
United States Magistrate Judge

Charges:      unlawful transport of firearms

Assistant U.S. Attorney assigned to case: Croom

Rule 32 was not waived.

Defendant's age: _29_

This document entered on the docket sheet in compliance
with Rule 55 and/or 32(b) FRCrP on _7|5|05_

\\

# UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# **Notice of Distribution**

This notice confirms a copy of the document docketed as number 11 in case 1:05-CR-10031 was distributed by fax, mail, or direct printing on July 5, 2005 to the parties listed.

---

M. Dianne Smothers
FEDERAL PUBLIC DEFENDER
109 S. Highland Ave.
Ste. B-8
Jackson, TN 38301

Jimmy L. Croom
U.S. ATTORNEY'S OFFICE
109 S. Highland Ave.
Ste. 300
Jackson, TN 38301

Honorable James Todd
US DISTRICT COURT